UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-cr-20004-JES-DGB |
| ) | |
| HUBERT W. O'NEAL, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER AND OPINION

This matter is now before the Court on Mr. O'Neal's Motion (Doc. 65) to Reduce Sentence. The parties agree that Mr. O'Neal is eligible to have his sentence reduced under the First Step Act. Doc. 66. However, the parties disagree as to whether Mr. O'Neal is entitled to a resentencing or a sentence reduction. Doc. 67.

At this time, the Court orders an updated Pre-Sentence Report and Resentencing Memorandum that includes a summary of the case, the First Step Act computations, and a history of education, programming, and violations by Mr. O'Neal from the Bureau of Prisons. The updated report shall be prepared within 45 days. Upon receipt of the report, the parties will have 14 days to brief their sentencing positions. The Court will then determine whether a hearing on the sentencing reduction will be necessary and/or scheduled.

Signed on this 11th day of March, 2019,

/s James E. Shadid
James E. Shadid
Chief United States District Judge